John M. Porter, SB# 62427
Lewis Brisbois Bisgaard & Smith
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: (909) 387-1130
Facsimile: (909) 387-1138
E-mail: PORTER@LBBSLAW.COM

Christopher D. Lockwood, SB # 110853
Arias & Lockwood
225 W. Hospitality Lane, Suite 314
San Bernardino, CA 92408
Telephone: (909) 890-0125
Facsimilie: (909) 890-0185
E-mail: Christopher.Lockwood@AraisLockwood.Com

NOTE: CHANGES MADE BY THE COURT

Attorneys for Defendant, COUNTY OF RIVERSIDE,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

D.B.,

    Plaintiff,

    v.

COUNTY OF RIVERSIDE, et al.,

    Defendants.

CASE NO. CV 08-4749 FMC (PLAx)

**PROTECTIVE ORDER REGARDING DISCLOSURE OF DOCUMENTS FROM LAW ENFORCEMENT PERSONNEL RECORDS**

## PROTECTIVE ORDER

Defendant, COUNTY OF RIVERSIDE, shall provide all counsel with a redacted copy of the "Background Investigation" file (Exhibit 701), the "Personnel" file (Exhibit 1101), and the "Training Records" (Exhibit 1147) concerning defendant, James Emerson Brewer.

The information and documents to be disclosed are subject to the following **Protective Order**:

1.     Counsel for the parties shall not convey, transfer, publish, distribute, copy, duplicate or disseminate the information or documents so provided except as

1
2
3     may be reasonably necessary for the prosecution of this litigation, by communicating with the parties, or investigators, consultants and experts retained on behalf of the parties in this matter.

4  2. Prior to the dissemination of any such information or documents pursuant to this
5     order, counsel for the parties shall inform such person of the terms and
6     conditions of this order and secure such person's agreement to be bound by it.

7  3. The parties, their counsel, and their investigators, consultants and experts, are
8     expressly prohibited from utilizing the disclosed information or documents for
9     any purpose other than the prosecution this case, D.B. v. County of Riverside,
10    et al., USDC Case No. CV 08-4749 FMC (PLAx)  and the information or
11    documents disclosed shall not be utilized in any other proceeding or litigation,
12    or for any other purpose.

13 4. The parties, their counsel, and their investigators, consultants and experts, are
14    expressly prohibited from duplicating, copying or otherwise distributing or
15    disseminating any of the disclosed information or documents to any person or
16    entity other than as necessary in the prosecution of this case.

17 5. The parties and their counsel shall take reasonable precaution to prevent the
18    unauthorized or inadvertent disclosure of any of the protected information or
19    documents.

20 6. The copies of any records disclosed to counsel for parties pursuant to this Order
21    may be distinctively marked, provided that such marking does not obscure or
22    obliterate the content of any record, and may be stamped with substantially the
23    following language: "CONFIDENTIAL - UNLAWFUL TO DUPLICATE."

24 7. All personal identifying information shall be redacted, without waiver to any
25    party's right to subsequently seek disclosure of such redacted information for
26    good cause shown.

27 8. In the event counsel deems it necessary to file copies or portions of copies of any
28    document covered by this Protective Order, such documents shall be lodged

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 EAST HOSPITALITY LANE, SUITE 600
SAN BERNARDINO, CALIFORNIA 92408-1130
TELEPHONE (909) 387-1130

1  under seal, **with an application showing good cause for the under seal filing**.

2  9.   In the event anyone shall violate or threaten to violate any terms of this Protective Order, the aggrieved party may immediately apply to obtain injunctive relief and monetary sanctions to this court against any such person violating or threatening to violate any of the terms of this order.  This court shall retain jurisdiction over the parties and any other persons subject to the terms of this order for the purpose of enforcing this order.  The court shall have the power to impose whatever penalties it deems appropriate for the violation of said order, including, but not limited to, monetary and judicial sanctions and contempt.

10. This order shall survive the final termination of this action, to the extent that the information or documents disclosed remains confidential and does not become known to the public, and the court shall retain jurisdiction to resolve any dispute concerning the use of the information or documents disclosed herein.

11. Upon final conclusion of the present litigation, all copies of all documents ordered disclosed pursuant to this order shall be returned to counsel for defendant, COUNTY OF RIVERSIDE, who will then return them to the appropriate authorities of the Riverside County Sheriff's Department.

DATED: April 2, 2009

_____
Hon. Paul L. Abrams
United States Magistrate Judge