1 | John M. Porter, State Bar No. 62427
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: (909) 387-1130
Facsimile: (909) 387-1138
PORTER@LBBSLAW.COM

Christopher D. Lockwood, State Bar No. 110853
**ARIAS & LOCKWOOD**
225 W. Hospitality Lane, Suite 314
San Bernardino, CA 92408
Telephone: (909) 890-0125
Facsimile: (909) 890-0185
CHRISTOPHER.LOCKWOOD@ARIASLOCKWOOD.COM

Attorneys for Defendant County of Riverside

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.B. (true name sealed),<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　Defendants. | CASE NO. CV 08-4749 FMC (PLAx)<br><br>**ORDER DISMSSING ACTION WITH PREJUDICE** |

Good cause appearing therefor

**IT IS ORDERED** that the above-entitled action is dismissed with prejudice, with the parties to bear their own costs and attorneys fees.

DATED: 10-5-09

_____
HON. FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

4825-3598-3876.1

-1-

(PROPOSED) ORDER GRANTING DISMISSAL WITH PREJUDICE OF ENTIRE ACTION